**FILED**

February 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ D. Trujillo _____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | **CRIMINAL NO.  EP: 24-CR-02864-DCG** |
| | § | |
| Plaintiff, | § | **SUPERSEDING** |
| | § | **I N D I C T M E N T** |
| v. | § | |
| | § | **CT 1:** 18:932(b)(2) – Conspiracy to Straw |
| | § | Purchase a Firearm. |
| **(1)JESUS ARMANDO** | § | **CT 2:** 18:922(a)(6), 924(a)(2), and 2 – |
| **GUTIERREZ-CARDENAS , and** | § | Aiding and Abetting False Statement During |
| **(2)ALFONSO GUTIERREZ (2),** | § | Purchase of a Firearm. |
| | § | |
| Defendants. | § | ***Notice of Government's Demand for*** |
| | § | ***Forfeiture*** |

THE GRAND JURY CHARGES:

## COUNT ONE

Beginning on or about November 1, 2024, and continuing until on or about November 26, 2024, in the Western District of Texas and elsewhere, Defendants,

**(1)JESUS ARMANDO GUTIERREZ-CARDENAS, and**
**(2) ALFONSO GUTIERREZ,**

knowingly and willfully combined, conspired, confederated, and agreed with others to the grand jury unknown, to purchase a firearm, to wit: an M249S 5.56 caliber rifle with serial number M249SA10565, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of another, knowing or having reasonable cause to believe that said person intended to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a felony, to wit: Smuggling Goods from the United States in violation of Title 18, United States Code, Section 554, in violation of Title 18, United States Code, Section 932(b)(2).

## COUNT TWO

Beginning on or about November 1, 2024, and continuing until on or about November 26, 2024, in the Western District of Texas and elsewhere, Defendants,

**(1)JESUS ARMANDO GUTIERREZ-CARDENAS, and
(2) ALFONSO GUTIERREZ,**

in connection with the acquisition of a firearm, to wit: an M249S 5.56 caliber rifle with serial number M249SA10565, from a Federal Firearm Licensee, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written to the licensed dealer, which statement was intended and likely to deceive said dealer as to a fact material to the lawfulness of the sale or acquisition of said firearm to defendant, under Chapter 44, Title 18, in that Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that said person was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as Defendant then knew, said person was not the actual transferee/buyer of the firearm, and aided and abetted the same; in violation of Title 18, United States Code Sections 922(a)(6), 924(a)(2), and 2.

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Straw Purchase of Firearms Violation and Forfeiture Statutes**
**[Title 18 U.S.C. § 932(b)(2), subject to forfeiture pursuant to**
**Title 18 U.S.C §§ 934(a)(1)(A) and (B)]**

As a result of the criminal violation set forth in Count One, the United States of America gives notice to Defendant **JESUS ARMANDO GUTIERREZ-CARDENAS (1) and ALFONSO GUTIERREZ (2)** of its intent to seek forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. §§ 934(a)(1)(A) and (B), which state:

> **Title 18 U.S.C. § 934. - Forfeiture and Fines**
> **(a) Forfeiture.**
> **(1)** In General.— Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law—

**(A)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and

**(B)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, except that for any forfeiture of any firearm or ammunition pursuant to this section, section 924(d) shall apply.

**II.**
**<u>Firearms Violation and Forfeiture Statutes</u>**
**[Title 18 U.S.C. §§ 922(a)(6) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Count Two, the United States gives notice to Defendants **JESUS ARMANDO GUTIERREZ-CARDENAS (1) and ALFONSO GUTIERREZ (2)** of its intent to seek forfeiture of the property described below upon conviction and as part of sentencing pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
>
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

1. FN, model M249S, 5.56mm caliber rifle, serial number M249SA10565; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

3